ANDREW M. GILFORD (State Bar No. 144994)
LISA GILFORD (State Bar No. 171641)
ROGER A. CERDA (State Bar No. 239027)
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
andy.gilford@alston.com; lisa.gilford@alston.com
roger.cerda@alston.com

Attorneys for Defendants
**LG SCIENCES, LLC; SCIENTIFIC WELLNESS, LLC; MARCH INDUSTRIAL, INC.; GENERAL NUTRITION CORPORATION dba GNC; and VS HOLDINGS, INC. dba THE VITAMIN SHOPPE**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### (SOUTHERN DIVISION)

| | |
|---|---|
| MICHAEL CAMPOS, individually; MICHAEL GONZALES, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LG SCIENCES, LLC, a Nevada limited liability company; SCIENTIFIC WELLNESS, LLC, a Nevada limited liability company; MARCH INDUSTRIAL, INC., a Nevada corporation; GENERAL NUTRITION CORPORATION, dba GNC, a Pennsylvania corporation; VS HOLDINGS, INC., dba THE VITAMIN SHOPPE, an entity of unknown origin; and DOES 1-250, Inclusive,<br><br>Defendants. | Case No. SACV09-663 JVS (MLGx)<br><br>**APPENDIX OF NON-FEDERAL AND OUT-OF-STATE AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS CLASS ACTION COMPLAINT, MOTION TO STRIKE ALLEGATIONS, AND REQUEST FOR JUDICIAL NOTICE**<br><br>[Filed concurrently with Notice of Motion to Dismiss and Memorandum of Points and Authorities in Support thereof; Notice of Motion to Strike and Memorandum of Points and Authorities in Support thereof; Request for Judicial Notice; Declaration of Andrew M. Gilford; and [Proposed] Orders]<br><br>Hon. James V. Selna<br>Courtroom 10C<br><br>Date: July 13, 2009<br>Time: 1:30 p.m.<br>Courtroom: 10C<br><br>Complaint Filed: May 20, 2009 |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendants LG Sciences, LLC, Scientific Wellness, LLC, March Industrial, Inc., General Nutrition Corporation dba GNC, and VS Holdings, Inc. dba The Vitamin Shoppe (collectively "Defendants") respectfully submit the following Appendix of Non-Federal and Out-of-State Authorities cited in their Memorandum of Points and Authorities in support of Defendants' Motion to Dismiss Class Action Complaint, Motion to Strike Allegations from Class Action Complaint, and Request for Judicial Notice:

## CALIFORNIA STATE CASES

**Exhibit 1:** *Buckland v. Threshold Enterprises, LTD* (2007) 155 Cal.App.4th 798

**Exhibit 2:** *Khan v. Shiley Incorporated* (1990) 217 Cal.App.3d 848

**Exhibit 3:** *Kwikset Corporation v. Superior Court* (2009) 171 Cal.App.4th 645

**Exhibit 4:** *Meyer v. Sprint Spectrum L.P.* (2009) 45 Cal.4th 634

**Exhibit 5:** *Outboard Marine Corp. v. Superior Court* (1975) 52 Cal. App. 3d 30

**Exhibit 6:** *Peterson v. Cellco Partnership* (2008) 164 Cal.App.4th 1583

**Exhibit 7:** *Wilens v. TD Waterhouse Group, Inc.* (2003) 120 Cal.App.4th 746

## NON CALIFORNIA FEDERAL AND STATE CASES

**Exhibit 8:** *Bailey v. Johnson* (6th Cir. 1995) 48 F.3d 965

**Exhibit 9:** *Figures v. Board of Pub. Utils.* (10th Cir. 2001) 967 F.2d 357

**Exhibit 10:** *Green v. Bauvi* (S.D. N.Y. 1992) 792 F.Supp. 928

**Exhibit 11:** *Healthpoint Ltd. v. Stratus Pharmaceuticals* (W.D. Tex. 2001) 273 F.Supp.2d 769

**Exhibit 12:** *Kinnett Dairies, Inc. v. Farrow* (5th Cir. 1978) 580 F.2d 1260

**Exhibit 13:** *Murchinson v. Kirby* (S.D.N.Y. 1961), 27 F.R.D. 14

**Exhibit 14:** *Pacific Trading Co. v. Wilson & Co., Inc.* (7th Cir. 1976) 547 F.2d 367

**Exhibit 15:** *Sandoz Pharmaceutical Corp. v. Richardson-Vicks, Inc.* (3rd Cir. 1990) 902 F.2d 222

**Exhibit 16:** *Siddiqi v. Lane* (N.D. Ill.1990) 748 F. Supp. 637

## UNPUBLISHED CASES

**Exhibit 17:** *Anthony v. Country Life Manufacturing* (N.D. Ill. 2002) 2002 WL 31269621

**Exhibit 18:** *Braintree Labs, Inc. v. Nephrin-Tech, Inc.* (D. Kan. 1997) 1997 WL 94237

**Exhibit 19:** *Fraker v. KFC Corp.* (S.D. Cal. 2007) 2007 WL 1296571

**Exhibit 20:** *In re Phenylpropanolamine (PPA) Products Liability Litigation* (W.D. Wash. 2005) 2005 WL 2090675

**Exhibit 21:** *In re Tobacco II Cases* (Cal. 2009) 2009 WL 1362556

**Exhibit 22:** *Myers-Armstrong v. Actavis Totowa, LLC* (N.D. Cal. 2009) 2009 WL 1082026

**Exhibit 23:** *Photomedex v. RA Medical Systems* (S.D. Cal. 2007) 2007 WL 3203039

**Exhibit 24:** *Rampersad v. Deutsche Bank Securities, Inc.* (S.D.N.Y. March 30, 2004) 2004 WL 616132

**Exhibit 25:** *Salzmann v. Prudential Securities, Inc.* (S.D.N.Y. May 16, 1994) 1994 WL 191855

**Exhibit 26:** *Utility Consumers' Action Network v. Sprint Solutions, Inc.* (S.D. Cal. 2008) 2008 WL 1946859

DATED: June 12, 2009

Respectfully submitted,

ANDREW M. GILFORD
LISA GILFORD
ROGER A. CERDA
**ALSTON & BIRD LLP**

/S/ Andrew M. Gilford
_____
Andrew M. Gilford
Attorneys for Defendants
**LG SCIENCES, LLC; SCIENTIFIC WELLNESS, LLC; MARCH INDUSTRIAL, INC.; GENERAL NUTRITION CORPORATION dba GNC; and VS HOLDINGS dba THE VITAMIN SHOPPE**